IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
No. 5:13-CR-283-D

| UNITED STATES OF AMERICA | ) | |
|---|---|---|
| | ) | |
| v. | ) | **ORDER** |
| | ) | |
| HILDA PARKER, | ) | |
| | ) | |
| Defendant. | ) | |

On November 21, 2014, the Office of the Federal Public Defender filed a motion seeking reconsideration of the date established by which defendant must report to the Bureau of Prisons to begin serving her sentence. The court has considered the motion. The motion [D.E. 45] is DENIED.

SO ORDERED. This 21 day of November 2014.

JAMES C. DEVER III
Chief United States District Judge